

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2021

No. 04-21-00121-CV

**WESTOVER CONTINUING CARE CENTER LTD. CO.**
d/b/a Windemere at Westover Hills; Cantex Health Care Centers III, LLC; and Cantex
Continuing Care Network, LLC f/k/a Cantex Senior Communities, LLC,
Appellants

v.

Suzanne Smith **ADAMS**, Independent Executor of the Estate of John Parker Smith, Deceased,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI11249
Honorable Cynthia Marie Chapa, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, Appellee's motion to dismiss is GRANTED. This appeal is DISMISSED FOR WANT OF JURISDICTION. Appellants' request for alternative relief is DENIED.

We tax costs of court for this appeal against Appellants Westover Continuing Care Center Ltd. Co. d/b/a Windemere at Westover Hills; Cantex Health Care Centers III, LLC; and Cantex Continuing Care Network, LLC f/k/a Cantex Senior Communities, LLC.

It is so **ORDERED** on December 1, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2021.

_____
Michael A. Cruz, Clerk of Court